IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BURKHALTER RIGGING, INC.**                                                                       **PLAINTIFF**

V.                                                                       CAUSE NO. 1:18cv012-MPM-DAS

**GREENWAY SERVICES, INC.**                                                     **DEFENDANT**

<u>COMPLAINT</u>

COMES NOW, Plaintiff, Burkhalter Rigging, Inc. ("Plaintiff" or "Burkhalter"), and brings this action against Defendant, Greenway Services, Inc. ("Defendant" or "Greenway") and states as follows:

1. Burkhalter is a corporation incorporated in the State of Mississippi with its principal place of business at 2193 Highway 45 South, Columbus, Lowndes County, Mississippi 39701.

2. Greenway is a corporation incorporated in the State of Virginia with its principal place of business at 448 Cummings Street, Abingdon, Washington County, Virginia 24210. Greenway may be served with process by serving its registered agent, Mark Devoe Osborne, 448 Cummings Street, Abingdon, Washington County, Virginia 24210.

3. This Court has subject matter jurisdiction of this civil action pursuant to 28 U.S.C. § 1332 since the amount in controversy exceeds $75,000.00, and there is complete diversity of citizenship among the parties.

4. Venue is proper in the Northern District of Mississippi, pursuant to 28 U.S.C. § 1391, since a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

1048203

5. Plaintiff and Defendant entered into a contract for certain construction services. As part of said contract, Plaintiff was to provide various services to Defendant on open account.

6. Plaintiff has, in fact, provided the requested services to Defendant on open account. However, at the present time, Defendant is in default for the indebtedness due on the open account.

7. As evidenced by the Accounts Receivable Full Invoice Reports attached as part of cumulative Exhibit "A" hereto, the principal indebtedness due on the open account is $84,500.00, no part having been paid except as noted thereon. The open account is not subject to any counterclaim or setoff. Therefore, Greenway is in default on its open account to Burkhalter, and the sum of $84,500.00 is due and owing.

8. Plaintiff has demanded payment of the open account from Defendant at Defendant's last known address in accordance with Mississippi's Open Account Statute, Miss. Code Ann. § 11-53-81 (1972), as amended, as reflected by cumulative Exhibit "B," attached hereto, being a true and correct copy of the Plaintiff's December 7, 2017, demand letter correctly setting forth the amount owed on the open account and an itemized statement of account in support thereof. Defendant has failed to pay the indebtedness owed to Plaintiff within thirty days after receipt of the demand letter. Accordingly, Plaintiff is entitled, under the provisions of Miss. Code Ann. § 11-53-81, to recover reasonable attorney's fees for the prosecution of this action.

9. An affidavit attesting to the correctness of the indebtedness due from Defendant to Plaintiff is attached hereto as Exhibit "C."

10. As set forth above, Defendant has failed to pay the indebtedness due to Plaintiff as referenced herein and currently owes Plaintiff the sum of $84,500.00.

1048203

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Burkhalter Rigging, Inc., demands judgment against Defendant, Greenway Services, Inc., in the amount of $84,500.00 plus pre-judgment interest and post-judgment interest at the legal rate until satisfied, reasonable attorney's fees, expenses and costs, and for such other and further relief as the Court deems just and appropriate.

This the 25th day of January, 2018.

                                                  BURKHALTER RIGGING, INC.

BY:   /s/ James P. Wilson, Jr.
          James P. Wilson, Jr. (MSB 10783)
          Stephen K. Otey, Jr. (MSB 105359)
          *Attorneys for Burkhalter Rigging, Inc.*

OF COUNSEL:

JAMES P. WILSON, JR. (MSB 10783)
jwilson@mitchellmcnutt.com
MITCHELL, MCNUTT & SAMS
215 5th Street North
Post Office Box 1366
Columbus, Mississippi 39703-1366
Telephone: 662.328.2316
Facsimile: 662.328.8035

STEPHEN K. OTEY, JR. (MSB 105359)
sotey@mitchellmcnutt.com
MITCHELL, MCNUTT & SAMS
105 South Front Street
Post Office Box 7120
Tupelo, Mississippi 38802-7120
Telephone: 662.620.6223

1048203