UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BURKHALTER RIGGING, INC.                                              PLAINTIFF

V.                                         CIVIL ACTION NO.1:18-CV-12-SA-DAS

GREENWAY SERVICES, INC.                                       DEFENDANT

## DEFAULT JUDGMENT

The defendant, Greenway Services, Inc., having failed to appear, plead, or otherwise defend in this action, and default having been entered on April 20, 2018, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55:

Judgment is hereby entered in favor of plaintiff Burkhalter Rigging, Inc. and against defendant Greenway Services, Inc. in the amount of $84,500.00, plus interest on the judgment at the legal rate until the judgment is satisfied.[1]  This the 12th day of June, 2018.

                                                                    /s/ Sharion Aycock
                                                               UNITED STATES DISTRICT JUDGE

---

[1] Although the Plaintiff requests attorney's fees in its Motion, it has not provided any basis in law or statute for the award. For that reason, the request for attorney's fees is denied without prejudice.