UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BURKHALTER RIGGING, INC.                                                                                   PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:18-CV-12-SA-DAS

GREENWAY SERVICES, INC.                                                                               DEFENDANT

## AMENDED DEFAULT JUDGMENT

After the defendant, Greenway Services, Inc., failed to appear, plead, or otherwise defend in this action, the Court entered a default judgment against the Defendant pursuant Federal Rule of Civil Procedure 55 on June 13, 2018. The Court denied the Plaintiff's request for attorney's fees without prejudice finding that the Plaintiff failed to cite any basis for such an award in its Motion for Default Judgment [11]. Now before the Court is the Plaintiff's Motion to Amend [14] the judgment to include attorney's fees. The Plaintiff now argues that it is entitled to reasonable attorney's fees in this case by statute. *See* MISS. CODE ANN. 11-53-81.

Based on the argument and evidence presented by the Plaintiff, it appears to the Court that the Plaintiff is entitled to reasonable attorney's fees pursuant to the above statute which specifically authorizes said fees in open account cases such as this one.

For these reasons, the Court hereby amends its Judgment to include attorney's fees in the amount of $2,817.50, for a total judgment of $87,317.50, plus interest on the judgment at the legal rate until the judgment is satisfied. This the 28th day of June, 2018.

                                                   /s/ Sharion Aycock
                                            UNITED STATES DISTRICT JUDGE